UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

YANICK ST. CHARLES, et al,

Plaintiffs,

vs.

INTERNATIONAL SECURITY GUARD SERVICES, INC.

FENEL LUXAMA AND WILMENE DORVIL;

Defendants.

_____/

CASE No 24-CV-22063-KMM

## PLAINTIFFS' AMENDED MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST INTERNATIONAL SECURITY GUARD SERVICES, INC. FENEL LUXAMA AND WILMENE DORVIL

In accordance with Rule 55 of the Federal Rules of Civil Procedure, Plaintiffs YANICK ST. CHARLES, ALECSANDRE GABRIEL, BRADELEY YSIDOR, JEAN ATIS, JOSELINE JENNINGS, RONALD FRANCIS, PABLO WESTBROOKS, BERNICE M. LOUIJEUNE, NEVADA WASHINGTON and EVERTON GRAY, by and through the undersigned counsel, hereby file this Motion for Entry of Final Default Judgment against Defendants, INTERNATIONAL SECURITY GUARD SERVICES, INC., FENEL LUXAMA AND WILMENE DORVIL and state and allege:

1. In this action, Plaintiffs bring claims under the Fair Labor Standards Act 29 U.S.C. §§ 201-216.

2. While the relevant facts and procedural history of this case are detailed in the Complaint and attachments thereto, the case may be fairly summarized as follows. Plaintiffs worked as security guards for a company providing services to the Miami-Dade Public

Schools.   On April 1, 2024, the Defendants took over the contract to provide such services.

3. Plaintiffs were hired by Defendants, commencing their work on April 1, 2024, in the same positions they were before, but were not paid their wages and overtime performed in excess of 40 hours weekly for Defendants.

4. 29 U.S.C. § 207 (a) (1) states, " if an employer employs an employee for more than forty hours in any work week, the employer must compensate the employee for hours in excess of forty at the rate of at least one and one half times the employee's regular rate…."

5. Plaintiffs seek to recover from Defendants unpaid wages, overtime compensation, liquidated damages, and the costs and reasonably attorney's fees.

SUPPORTING DOCUMENTS

6. Fully incorporated herein are, Exhibit A, Declaration of Claudio R. Cedrez, Esq., Exhibit B, Declaration of Yanick St. Charles, Exhibit C, Declaration of Ronald Francis, Exhibit D, Declaration of Pablo Westbrooks, Exhibit E, Declaration of Bradeley Isidore, Exhibit F, Declaration of Alecsandre Gabriel, Exhibit G, Declaration of Everton Gray, Exhibit H, Declaration of Nevada Washington, Exhibit I, Declaration of Jean Atis, Exhibit J, Declaration of Joseline Jennings and Exhibit K, Declaration of Bernice M. Louijeune,

RELIEF REQUESTED

7. Defendants have failed to answer or otherwise defend.   On July 1, 2024, upon Plaintiffs' Motion, the Clerk entered a Default against all Defendants (D.E. # 25).

8. Plaintiffs are entitled to the monetary relief for their wages and overtime requested in their Complaint, including liquidated damages.   Additionally, pursuant to the provisions of Title 29 U.S.C.§ 216 (b), Plaintiff is entitled to attorney's fees and costs, as itemized in Exhibit "A".

**CLAIMS OF EACH PLAINTIFF:**

9. Defendants owe Plaintiff Yanick St. Charles:

| | |
|---|---|
| 840 hours for Regular Wages at $14.00 per hour: | $11,760.00 |
| 121 overtime hours at $21.00: | $2,541.00 |
| Subtotal: | $14,301.00 |
| Liquidated damages: | $14,301.00 |
| Partial payment: | -$3,655.00 |
| **TOTAL CLAIM FOR MS. ST. CHARLES:** | **$24,947.00** |

10. Defendants owe Plaintiff Ronald Francis:

| | |
|---|---|
| 238 hours for Regular Wages at $17.00 per hour: | $4,046.00 |
| 6 overtime hours at $25.50: | $153.00 |
| Subtotal: | $4,199.00 |
| Liquidated damages: | $4,199.00 |
| Partial payment: | -$890,00 |
| **TOTAL CLAIM FOR MR. FRANCIS:** | **$7,508.00** |

11. Defendants owe Pablo Westbrooks:

| | |
|---|---|
| 600 hours for Regular Wages at $14.00 per hour: | $8,400.00 |
| Liquidated damages: | $8,400.00 |
| Partial payment: | -$7,170.81 |
| **TOTAL CLAIM FOR MR. WESTBROOKS:** | **$9,629.19** |

12. Defendants owe Plaintiff Bradeley Isidore:

| | |
|---|---|
| 112 hours for Regular Wages at $14.00 per hour: | $1,568.00 |
| Liquidated damages: | $1,568.00 |
| Partial payment: | -$1,370.00 |
| **TOTAL CLAIM FOR MR. ISIDORE:** | **$1,766.00** |

13. Defendants owe Plaintiff Alecsandre Gabriel:

| | |
|---|---|
| 356.50 hours for Regular Wages at $17.00 per hour: | $6,060.50 |
| 67 overtime hours at $25.50: | $1,708.50 |
| Subtotal: | $7,769.00 |
| Liquidated damages: | $7,769.00 |
| Partial payment: | -$3,579,00 |
| **TOTAL CLAIM FOR MR. GABRIEL:** | **$11,959.00** |

14. Defendants owe Plaintiff Everton Gray:

| | |
|---|---|
| 24 hours for Regular Wages at $18.00 per hour: | $432.00 |
| Liquidated damages: | $432.00 |
| **TOTAL CLAIM FOR MR. GRAY:** | **$864.00** |

15. Defendants owe Plaintiff Nevada Washington:

| | |
|---|---|
| 520 hours for Regular Wages at $14.00 per hour: | $7,280.00 |
| 8.6 overtime hours at $21.00: | $180.60 |
| Subtotal: | $7,460.60 |
| Liquidated damages: | $7,460.60 |
| Partial payment: | -$4,709.62 |
| **TOTAL CLAIM FOR MS. WASHINGTON:** | **$10,211.58** |

16. Defendants owe Plaintiff Jean Atis:

| | |
|---|---|
| 152 hours of Regular Wages at $14.00 per hour: | $2,128.00 |
| Liquidated damages: | $2,128.00 |
| Partial payment: | -$850.00 |
| **TOTAL CLAIM FOR MR. ATIS:** | **$3,406.00** |

17. Defendants owe Plaintiff Jocelyne Jennings:

| | |
|---|---|
| 600 hours of Regular Wages at $14.00 per hour: | $8,400.00 |
| 25 overtime hours at $21.00: | $525.00 |
| Subtotal: | $8,925.00 |
| Liquidated damages: | $8,925.00 |
| Partial payment: | -$4,866.00 |
| **TOTAL CLAIM FOR MS. JENNINGS:** | **$13,034.00** |

18. Defendants owe Plaintiff Bernice M Louijeune:

| | |
|---|---|
| 60.50 hours of Regular Wages at $19.00 per hour: | $1,149.00 |
| Liquidated damages: | $1,149.00 |
| **TOTAL CLAIMS FOR MS. LOUIJEUNE:** | **$2,299.00.** |

WHEREFORE, for the above reasons Plaintiffs, YANICK ST. CHARLES, ALECSANDRE GABRIEL, BRADELEY YSIDOR, JEAN ATIS, JOSELINE JENNINGS, RONALD FRANCIS, PABLO WESTBROOKS, BERNICE M. LOUIJEUNE, NEVADA WASHINGTON and EVERTON GRAY, respectfully request that this Honorable Court, enter a judgment against INTERNATIONAL SECURITY GUARD SERVICES, INC., FENEL LUXAMA AND WILMENE DORVIL, making them jointly and severally liable for the following amounts:

$21,130.00 in favor of Yanick St. Charles;

$7,508.00 in favor of Ronald Francis;

$6,150.00 in favor of Pablo Westbrooks;

$1,766.00 in favor of Bradeley Isidore;

$14,320.00 in favor of Alecsandre Gabriel;

$864.00 in favor of Everton Gray;

$11,707.97 in favor of Nevada Washington;

$3,406.00 in favor of Jean Atis;

$13,034.00 in favor of Jocelyne Jennings; and

$2,299.00 in favor of Bernice M Louijeune,

plus attorney's fees in the amount of $8,800.00, and costs in the amount of $ $1,154.00, in favor of Claudio R. Cedrez, LLC, for which sums let execution issue.

Dated this 20th day of November, 2024

Respectfully submitted,

/s/ Claudio R. Cedrez
Claudio R. Cedrez, Esq.
Bar No. 43521
Attorney for Plaintiffs
11098 Biscayne Blvd.
Suite 100A
Miami, Florida 33161
Telephone 305/763-8678
Facsimile: 786 664-6596
eservice@cedrezlaw.com